No. 85–1575.  RIVERA v. ARIZONA.  C. A. 9th Cir.  Certiorari denied.

No. 85–1576.  WRIGHT ET AL. v. KECH–TV ET AL.  Sup. Ct. Ore.  Certiorari denied.

No. 85–1577.  DINWIDDIE ET AL. v. BOARD OF COUNTY COMMISSIONERS OF LEA COUNTY ET AL.  Sup. Ct. N. M.  Certiorari denied.

No. 85–1578.  MINAYA v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 85–1582.  GROSS v. GROSS.  Sup. Ct. Ohio.  Certiorari denied.

No. 85–1586.  CAMPS v. LOUISIANA.  Ct. App. La., 2d Cir.  Certiorari denied.

No. 85–1597.  IVANCIC v. OLMSTEAD.  Ct. App. N. Y.  Certiorari denied.

No. 85–1598.  A & A CONCRETE, INC., ET AL. v. WHITE MOUNTAIN APACHE TRIBE, DBA WHITE MOUNTAIN APACHE DEVELOPMENT ENTERPRISE, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 85–1607.  GIBBS v. KING, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 85–1615.  BOOKER ET AL. v. THOMAS.  C. A. 8th Cir.  Certiorari denied.

No. 85–1627.  MAYER v. DAVIS ET AL.  Ct. App. Ohio, Summit County.  Certiorari denied.

No. 85–1634.  CONNER ET AL. v. SHELTER MUTUAL INSURANCE CO.  C. A. 6th Cir.  Certiorari denied.

No. 85–1636.  O'DONNELL v. PAINE, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA.  C. A. 11th Cir.  Certiorari denied.